**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Antonio RUIZ–ACOSTA, also known as Antonio Ruiz, also known as Antonio Ruiz Acosta, Defendant–Appellant.**

**No. 13–20775**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 16, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before KING, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Antonio Ruiz–Acosta raises issues that he concedes are foreclosed by *United States v. Rodriguez,* 711 F.3d 541, 562 (5th Cir.) (en banc), *cert. denied,* —— U.S. ——, 134 S.Ct. 512, 187 L.Ed.2d 365 (2013), which held that "the 'generic, contemporary meaning' of 'minor' in the 'sexual abuse of a minor' category under [U.S.S.G.] § 2L1.2 is a person under the age of majority" and that the "age of consent for the purposes of 'statutory rape' in § 2L1.2 is the age of consent as defined by statute." Accordingly, the unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.